IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHUCK TOWE and LISA TOWE, § | |
| § | |
| *Plaintiffs*, § | |
| § | Case No. 2:23-CV-00537-JRG-RSP |
| v. § | |
| § | |
| AMERICAN ECONOMY § | |
| INSURANCE COMPANY, § | |
| § | |
| *Defendant*. § | |

## **ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Chuck Towe and Lisa Towe ("Plaintiffs") and American Economy Insurance Co. ("Defendant"). (Dkt. No. 18.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiffs and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 11th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE